1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8
9

| | |
|---|---|
| GREENCO INDUSTRIES, LLC, a Washington limited liability company, and GLENN FULTON, an individual,<br><br>                                     Plaintiffs,<br><br>                    vs.<br><br>HARVARD CORPORATION, a Wisconsin corporation, OTTO KNOTTNERUS, an individual, LARRY LANGMEIER, an individual, and DOES 1-10,<br><br>                                     Defendants. | No. 2:24-cv-00667-JHC<br><br>ORDER RE: STIPULATED MOTION TO CONTINUE TRIAL AND RELATED DATES |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

This matter comes before the Court on the Parties' Stipulated Motion to Continue Trial and Related Dates.  Dkt. # 11.  The Court GRANTS the motion in part.  The Court sets the trial date for June 16, 2025.  The Court DIRECTS the Clerk to issue a case scheduling order that reflect the new trial and sets the remaining deadlines on the pretrial schedule, from the deadline for joining additional parties onward, in accordance with the Court's standard case schedule.

/

/

ORDER RE: STIPULATED MOTION TO
CONTINUE TRIAL AND RELATED DATES
(Cause No. 2:24-cv-00667-JHC) – 1

1    DATED this 17th day of July, 2024.

2

3

4                                        JOHN H. CHUN
                                         United States District Court Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER RE: STIPULATED MOTION TO
CONTINUE TRIAL AND RELATED DATES
(Cause No. 2:24-cv-00667-JHC) – 2