UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREENCO INDUSTRIES, LLC, a, Washington limited liability company, and GLENN FULTON, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HARVARD CORPORATION, a Wisconsin, corporation, OTTO KNOTTNERUS, an individual, LARRY LANGMEIER, an individual, and DOES 1-10,<br><br>　　　　　Defendants. | CASE NO. 2:24-cv-00667-JHC<br><br>ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

Consistent with LCR 83.2(b)(1), counsel for the parties stipulate to the request for leave of court to allow Eric Helmy of NW Business Law LLC to withdraw as counsel for Plaintiffs, GreenCo Industries, LLC and Glenn Fulton, and to allow Mark Lawrence Lorbiecki of Williams, Kastner & Gibbs PLLC to substitute in as counsel for Plaintiffs, GreenCo Industries, LLC and Glenn Fulton, effective immediately.

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1
(2:24-cv-00667-JHC)

ORDER

Based on the parties' stipulation, it is hereby:

ORDERED that Eric Helmy of NW Business Law LLC withdraws as counsel for Plaintiffs, GreenCo Industries, LLC and Glenn Fulton, and Mark Lawrence Lorbiecki of Williams, Kastner & Gibbs PLLC is substituted as counsel for Plaintiffs, GreenCo Industries, LLC and Glenn Fulton, effective immediately.

DATED this 18th day of September 2024.

_____
John H. Chun
United States District Judge