UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GREENCO INDUSTRIES, LLC, a Washington limited liability company, and GLENN FULTON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HARVARD CORPORATION, a Wisconsin corporation, OTTO KNOTTNERUS, an individual, LARRY LANGMEIER, an individual, and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-00667-JHC<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL |

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 8th day of November 2024.

By  _s/Alfred E. Donohue_
Alfred E. Donohue, WSBA No. 32774
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98104
Phone: 206-623-4100; Fax: 206-623-9273
Email: donohue@wscd.com
Of Attorneys for Defendants

STIPULATED MOTION AND ORDER FOR
DISMISSAL (Cause No. 2:24-cv-00667-JHC) – 1

1 | DATED this 8th day of November 2024.

By: /s/Mark Lawrence Lorbiecki
Mark Lawrence Lorbiecki, WSBA No. 16796
Williams Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Phone: (206) 628-6600; Fax: (206) 628-6611
Email: mlorbiecki@williamskastner.com
*Of Attorneys for Plaintiffs*

IT IS SO ORDERED.

DATED this 8th day of November, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE